IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEITH BRUNSON,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | **No. 15-0034** |
| v. | : | |
| | : | |
| **CAROLYN W. COLVIN,** | : | |
| **COMMISSIONER OF** | : | |
| **SOCIAL SECURITY,** | : | |
| **Defendants.** | : | **FILED** |

JAN 25 2016

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### ORDER

This 25th day of January, 2016, upon *de novo* review of Plaintiff's Request for Review and Defendant's response, and after a careful and comprehensive review of the Report and Recommendation of United States Chief Magistrate Judge Linda K. Caracappa and Plaintiff's Objections thereto, it is **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED.**

2. Plaintiff's Objections are **OVERRULED.** Chief Magistrate Judge Caracappa did not: (1) misapply *Chandler v. Comm'r of Soc. Sec.*, 667 F.3d 356 (3d Cir. 2011), (2) disregard the relevant SSA regulations, or (3) err in concluding that the ALJ's findings as to Mr. Brunson's credibility were supported by substantial evidence, as suggested by Plaintiff. In stark contrast, the twenty-six page Report and Recommendation is exceptionally thorough and well-supported by detailed citations to the record as well as applicable case law and agency regulations.

/s/ Gerald Austin McHugh
Gerald Austin McHugh
United States District Court Judge